IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICKI FANNING MCLEAN, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-CV-647-RP |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the court issued an order dismissing all of Plaintiff's claims with prejudice. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 9, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE